IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

**GREG J. SEUFERT** )
    **Plaintiff** )
**vs.** )    Civil Case No. 04-5132-CV-SW-DW
)
**JO ANNE B. BARNHART** )
**Commissioner of Social Security** )
    **Defendant** )


__X__    **Decision by Court.** This action came before the Court as a briefed matter. The issues have been reviewed and a decision has been rendered.


    **ORDERED**: the Commissioner's decision denying Seufert's applications for benefits is **REVERSED,** and the Commissioner is ordered to pay benefits.


November 22, 2005                         Patricia Brune
Date                                            Clerk

                                 By: __/s/ Y. Johnson__
                                              Deputy Clerk